36 A.3d 24

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Orrin JONES, Petitioner.**

**No. 111 EM 2011.**

Supreme Court of Pennsylvania.

Dec. 15, 2011.

## ORDER

PER CURIAM.

AND NOW, this 15th day of December, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**